UUNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOEL GARLAND ZIEGENHORN
and ANNE FRANCES ZIEGENHORN,

    Plaintiffs,

v.                                  Case No. 3:23-cv-12134-MCR-HTC

ASHLEY MOODY, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiffs Joel Garland Ziegenhorn and Anne Frances Ziegenhorn, husband and wife, initiated this action by filing a civil complaint alleging a litany of claims against thirteen named Defendants and twenty-five John/Jane Does. ECF Doc. 1. They also filed a motion to proceed *in forma pauperis*. ECF Doc. 2. On June 5, 2023, the Court denied Plaintiffs' motion and ordered them to pay the Court's $402 filing fee within fourteen (14) days. ECF Doc. 4. In that Order, the Court expressly warned Plaintiffs that failure to comply with it could result in a dismissal of their action. *Id.* at 5. However, instead of paying the filing fee, Plaintiffs submitted a "Motion to Void Order," which the Court construed as a motion for reconsideration and denied on June 22, 2023. ECF Docs. 5 & 6. The June 22 Order also gave

Plaintiffs an additional fourteen (14) days to comply with the Court's June 5 Order. Nonetheless, Plaintiffs again failed to pay the filing fee and, in lieu of that, submitted a nonsensical filing titled "Response to Order," in which they once again ask the Court to vacate its prior order. ECF Doc. 7 at 3. That request is DENIED.

Additionally, based on the foregoing, the undersigned finds dismissal of this case is appropriate under Rule 41(b) of the Federal Rules of Civil Procedure due to Plaintiffs' failure to comply with this Court's orders. *See Coleman v. St. Lucie Cnty. Jail*, 433 F. App'x 716, 718 (11th Cir. 2011) (holding that, under the Rule, "[t]he district court may dismiss a claim [*sua sponte*] if the plaintiff fails to . . . comply with a court order"); *see also Saint Vil v. Perimeter Mortg. Funding Corp.*, 715 F. App'x 912, 915 (11th Cir. 2017) ("dismissal upon disregard of an order, especially where the [plaintiff] has been forewarned, generally is not an abuse of discretion") (citation omitted).

Accordingly, it is respectfully RECOMMENDED:

1.  That this case be DISMISSED WITHOUT PREJUDICE due to Plaintiffs' failure to comply with Court orders.

2.  That the clerk be directed to close the file.

At Pensacola, Florida, this 10th day of July, 2023.

/s/ *Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1.

Case No. 3:23-cv-12134-MCR-HTC