UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOEL GARLAND ZIEGENHORN
and ANNE FRANCES ZIEGENHORN,

    Plaintiffs,

v.                                        Case No. 3:23-cv-12134-MCR-HTC

ASHLEY MOODY, et al.,

    Defendant.
_____/

# ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 10, 2023 (ECF No. 8). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** due to Plaintiffs' failure to comply with Court orders.

3. The pending "(Motion) Demand to Compel in Camera Private Hearing Confidential/Protection of Trade Secrets," ECF No. 10, is **DENIED**.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** this 21st day of August 2023.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**